```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
HUMBERTO MARTINEZ JR.,                                               :
                                                                     :
                    Plaintiff,                                       :
                                                                     :       21-cv-6685 (LJL)
         -v-                                                         :
                                                                     :       ORDER
COMMISSIONER OF SOCIAL SECURITY,                                     :
                                                                     :
                    Defendant.                                       :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2021

LEWIS J. LIMAN, United States District Judge:

On October 12, 2021, the Court entered an Order directing the parties to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.  Dkt. No. 9.

The Order directed that if both parties consent to proceed before the Magistrate Judge, counsel for the defendant must file a letter with the Court, with an attached fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, the blank form for which is available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge, or that if either party does not consent to conducting all further proceedings before the Magistrate Judge, defendant's counsel shall file a letter advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent.  The Order directed the parties to respond as outlined above by November 12, 2021.  No response has been filed on ECF.

The parties are reminded of their obligation to respond, either by filing a letter with an attached fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, or by filing a letter advising the Court that the parties do not consent to conducting all further proceedings before the Magistrate Judge.  The parties are directed to respond accordingly by November 29, 2021.  In the absence of a response, the Court will retain jurisdiction.

SO ORDERED.

Dated: November 15, 2021
       New York, New York                              _____
                                                              LEWIS J. LIMAN
                                                        United States District Judge