**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HUMBERTO MARTINEZ, JR.,

                Plaintiff,                21 **CIVIL** 6685 (SN)

     -v-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 13, 2022, that the action be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a hearing and a new decision.

**Dated:**  New York, New York
           September 13, 2022

                                                          **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                          **BY:**

                                                             **Deputy Clerk**